UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRAY,<br><br>          Plaintiff,<br><br>     v.<br><br>B. BJORNSEN, et al.,<br><br>          Defendants. | No. 2:16-cv-0728 KJN P<br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: July 7, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gray0728.36