UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GRAY,
       Plaintiff,          No. 2:16-cv-0728 KJN P

    vs.

B. BJORNSEN, et al.,
       Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
/

    Robert Gray, inmate #G-12048, a necessary and material witness in proceedings in this case on October 26, 2017, is confined in R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Kendall J. Newman, to appear by video-conferencing at R.J. Donovan Correctional Facility, October 26, 2017, at 9:00 a.m..

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 30, 2017

gray0728.841.vc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE